## PEOPLE v. PRATHER.

### No. 20,013; March 10, 1885.

#### 6 Pac. 315.

**Instructions—Exceptions to Part of Charge.**—The judgment of a trial court will not be disturbed on the ground of erroneous instructions, because portions of the charge may be objectionable, if the charge itself, as a whole, fairly presents to the jury the law bearing on the evidence before them.

APPEAL from the Superior Court of the County of Yolo.

The defendant was convicted on a charge of assault with intent to commit murder, and on appeal from an order denying him a new trial assigned as error certain portions of the charge of the judge to the jury.

F. C. Baker and J. Lambert for appellant; Attorney General for respondent.

By the COURT.—As the evidence is not before us, it is our duty to affirm the judgment and order denying a new trial, unless some one of the instructions was erroneous in any conceivable state of the evidence. Portions of the charge may be subject to criticism, and are not to be commended as models of clear and accurate statements of propositions of law; but other portions explain these, so that the charge, as a whole, fairly presents the law bearing on the evidence which may be assumed to have been before the jury. The instructions, therefore, are not materially erroneous.

Judgment and order affirmed.